

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

ACR SYSTEMS, INC.,

                         Plaintiff,

          v.

WOORI BANK,

                         Defendant.

-------------------------------------------------------------- x

Case No.

**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1332 (DIVERSITY OF CITIZENSHIP JURISDICTION)**

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK AND TO PLAINTIFF:

      **PLEASE TAKE NOTICE** that defendant Woori Bank ("Defendant"), by and through counsel, and subject to all of its defenses, including any and all Rule 12 defenses, hereby provides notice of the removal to the United States District Court for the Southern District of New York, of the following lawsuit filed February 10, 2014 in the Supreme Court of the State of New York, County of Westchester: *ACR Systems, Inc. v. Woori Bank*, Case No. 051941/2014. The following is a short, plain statement of the grounds for removal. *See* 28 U.S.C. § 1446(a).

## I. DESCRIPTION OF THE ACTION

      1.     On May 9, 2013, plaintiff ACR Systems, Inc. ("Plaintiff" or "ACR") filed in the Supreme Court of the State of New York, Westchester County, a complaint against Defendant, which is neither incorporated nor residing in the State of New York. ACR alleges in the Complaint that it is a foreign corporate entity with a principal place of business in Texas and authorized to do business in New York State. A copy of the Complaint is attached hereto as **Exhibit A.** The Complaint alleges that Plaintiff is owed money from Defendant pursuant to a

-1-

letter of credit issued by Defendant on behalf of non-party Woong Kook.  The Complaint additionally alleges that Plaintiff is owed money from Defendant because "as a direct consequence of the Defendant's failure to honor the Letter of Credit obligations it had to the Plaintiff, Plaintiff's contracts ... with Woong Kook were cancelled resulting in a loss to the Plaintiff...."  The Complaint seeks $322,232.97, applicable interest, costs and disbursement.

## II.  <u>BASIS FOR REMOVAL (DIVERSITY JURISDICTION)</u>

2.      Removal of the Plaintiff's claim under 28 U.S.C. §§ 1441(a) and (b) is appropriate because this Court has original jurisdiction given that the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and is between (1) citizens of different States; (2) citizens of a State and citizens of subjects of a foreign state; and/or (3) citizens of different States and in which citizens or subjects of a foreign state are additional parties. Specifically, Plaintiff alleges that it resides in the State of Texas.  *See* **Exhibit A** hereto.  The Defendant is not incorporated under the laws of, nor has its principal place of business in, the State of New York.

3.      Specifically, Defendant is a Korean company with its principal place of business in Seoul, South Korea.

## III.     <u>THE NOTICE OF REMOVAL IS PROCEDURALLY PROPER</u>

4.      Based on the foregoing, this action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.  Venue is proper in the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 1446 because the state court action is pending within the Supreme Court of the State of New York, Westchester County.  In accordance with the requirements of 28 U.S.C. § 1446(a), a copy of the Complaint and all other papers served on Defendant in the state court action as of the filing of this Notice of Removal are

attached hereto in **Exhibit A**.  This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) because it has been filed within thirty (30) days after Defendant was served with a copy of the initial pleading in this action.

5.      Without waiving any objections to personal jurisdiction, all Defendants consent to this removal.

## CONCLUSION AND REQUESTED RELIEF

For all of the reasons set forth above, without waiving any defenses to the claims asserted by Plaintiff, including personal jurisdiction, Defendant respectfully requests that this Court proceed with this matter as if it had been originally filed herein.

Dated: New York, New York          Respectfully submitted,
      April 18, 2014

**SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP

By: _____
      Robert S. Friedman
      Rena Andoh

      30 Rockefeller Plaza
      New York, New York 10112-0015
      Telephone:  (212) 634-3092
      Facsimile:  (212) 655-1721
      rfriedman@sheppardmullin.com
      randoh@sheppardmullin.com

      *Attorneys for Defendant*

# **Exhibit A**



# NYSCEF - Westchester County Supreme Court
## Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**ACR Systems, Inc. - v. - Woori Bank**

**Index Number NOT assigned**

### Documents Received

| Doc # | Document Type | Motion # | Date Received |
|-------|---------------|----------|---------------|
| 1 | SUMMONS | | 02/10/2014 10:10 AM |
| 2 | COMPLAINT | | 02/10/2014 10:10 AM |
| 3 | EXHIBIT(S) A | | 02/10/2014 10:10 AM |

### Filing User

| Name: | **JOHN EDWARD CONE** | | |
|-------|-------|-------|-------|
| Phone | | E-mail Address: | **JCone@jconelaw.com** |
| Fax #: | | Work Address: | **2 ASCOT CIRCLE** |
| | | | **MOUNT KISCO, NY 10549** |

### E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 02/10/2014 10:10 AM :

**CONE, JOHN EDWARD - JCone@jconelaw.com**

NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.

RECEIVED
MAR 1 9 2014
WOORI BANK
NEW YORK AGENCY

FILED: WESTCHESTER COUNTY CLERK 02/10/2014

NYSCEF DOC. NO. 1

INDEX NO. 51941/2014

RECEIVED NYSCEF: 02/10/2014

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF WESTCHESTER** _____ X

**ACR Systems, Inc.**

                **Plaintiff,**               **SUMMONS**

       v.

                               **Index No.**

**Woori Bank**

_____ **Defendant** _____ X

To the above named Defendant:

    *You are hereby summoned* to Answer the Complaint in this Action and to serve a copy of your Answer on the Plaintiff's Attorneys within 20 days after service of this Summons and attached Complaint (or within 30 days after the service is complete if this Summons and attached Complaint are not personally delivered to you within the State of New York); and in case of your failure to Appear or Answer, Judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: January 30, 2014

The Law Office of John E. Cone Jr.
2 Ascot Circle
Mount Kisco, New York 10549
Tel.: 914 481 6249
Fax.: 914 461 3228

FILED: WESTCHESTER COUNTY CLERK 02/10/2014
NYSCEF DOC. NO. 2

INDEX NO. 51941/2014
RECEIVED NYSCEF: 02/10/2014

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF WESTCHESTER          X

ACR Systems, Inc.

             Plaintiff,

    v.

                               **COMPLAINT**
                               **Index No.**
Woori Bank


                      **Defendant**         X

Plaintiff, ACR Systems, Inc. ("ACR"), by its Attorney, John E. Cone Jr., for its Complaint, alleges:

### AS AND FOR A FIRST CAUSE OF ACTION

(1) That at all material times Plaintiff, ACR, is a foreign corporate entity with a principal place of business located at 7660 Woodway Drive, Suite 510 Houston, Texas 77063 and is authorized to do business in New York State.

(2) Upon information and belief, at all material times, Defendant, Woori Bank, is a foreign corporate entity with a principal place of business located at 245 Park Ave. New York, New York 10167.

(3) That, at all material times, Plaintiff, ACR, through its affiliate, Costal Mechanics Co. Inc., has been doing, transacting and conducting business in Westchester County, New York. ACR is solely engaged as the marketing entity of Coastal Mechanics Co. Inc., shares the same office space and has the same owners.

(4) That, at all material times, Plaintiff, ACR, has been and is engaged in the U.S. Government authorized sale and shipment of military defense goods.

(5) That in or about January, 2011, ACR entered into contract KFX-DAPA-01AD08C56 with Woong Kook Co. Ltd., ("Woong Kook"), of South Korea to supply the South Korean Defense Acquisition Program Administration ("DAPA") with various U. S. Government authorized military defense goods. The agreed purchase price for the contracted goods was $85,862.00. Upon shipment, payment was

to be made by and as part of an irrevocable Letter of Credit numbered MD1G8012GU00032 dated December 28, 2010 issued in favor of ACR by Defendant, Woori Bank on behalf of Woong Kook. A copy of the advice of the said Irrevocable Letter of Credit as recently received from the Defendant is attached hereto as Exhibit "A".

(6)   The aforementioned contract was further confirmed, in writing, by a signed "PURCHASE ORDER SHEETS" dated January 10/11, 2011 which called for payment by means of the above mentioned, irrevocable letter of credit.

(7)   In or about February 2012, the subject goods were delivered at Houston, Texas for shipment to Pusan, Korea. On or about February 23, 2012, the subject military goods were laden on board the M/V *HJ Hamburg V* for such ocean transport to Korea where the shipment was ultimately delivered as specified by the said Woong Kook.

(8)   Despite the shipment and delivery of all of the subject goods specified in the above contract and the fact that the goods were to be paid for, in full, by means of the aforementioned Letter of Credit issued by the Defendant, the Plaintiff was only reimbursed $28,099.11 by the Defendant and thus $57,762.89 remains unpaid.

(9)   Additionally, all of the terms, preconditions and requirements of the subject letter of credit have been and were timely complied with by the Plaintiff. The Defendant has been duly given all documentation and information needed to make payment, in full, of the aforementioned invoice of $85,862.00.

(10)  Plaintiff has made repeated, written demand on Defendant for payment but without success. Plaintiff has also made requests of the Defendant that it be supplied with a complete copy of the Letter of Credit - including its expiration date together with the expiration date of numerous amendments/extensions thereto - and the Defendant has not complied with these requests.

## AS AND FOR A SECOND CAUSE OF ACTION

(11)  The Plaintiff repeats, reiterates and realleges each and every allegation contained in Paragraphs 1 through 10, inclusive as if fully set forth herein.

(12)  Plaintiff also repeatedly advised the Defendant, in writing, that its failure to pay as specified herein above would lead to potential contract frustrations/cancelations with Woong Kook of additional military items that were the subject of further existing contracts which were to be paid for by means of the same, irrevocable Letter of Credit mentioned above - (MD1G8012GU00032) - issued by the Defendant; that certain unpaid items that had been shipped should



8

be returned by the Defendant to the Plaintiff; and that unique military items had already been manufactured in accordance with the contracts and were waiting to be shipped from the United States.

(13)  Defendant either wholly ignored these repeated communications from the Plaintiff or deliberately and intentionally responded in unintelligible ways by fundamentally confusing the facts or stating contractual provisions that were, as Defendant knew, irrelevant to the issue of payment under the terms of the applicable Letter of Credit. A representative of the Plaintiff even travelled to Korea to attempt to work out a solution with the Defendant, to no avail. Travel expenses of this trip amounted to $4,500.00. These travel expenses were incurred by the Plaintiff as a direct consequence of Defendant's actions as set forth herein. Plaintiff also incurred, as direct consequence of the Defendant's failure to honor the aforementioned Letter of Credit, legal fees in Korea amounting to $5,500.00 and storage costs of the military items amounting to $4,200.00. These additional damages amount to $14,200.00.

(14)  As the direct consequence of the Defendant's failure to honor the Letter of Credit obligations it had to the Plaintiff, Plaintiff's contracts KFX-DAPA-01AD08C43; KFX-DAPA-01AD08C42; KFX-DAPA-01AD08C87; and KFX-DAPA-01AD08C35 with Woong Kook were cancelled resulting in a loss to the Plaintiff of $250,270.08. All the items pursuant to these contracts were military items that were unique to these contracts and could not be sold elsewhere by the Plaintiff. Other expenses incurred by the Plaintiff as a direct consequence of the Defendant's illegal failure to honor its Letter of Credit include inventory, storage and travel expenses. Total damages, inclusive of the $57,762.89 specified in paragraph "8" above, amount to $308,032.97 plus the $14,200.00 specified in Paragraph 13 herein leading to total damages of $322,232.97.

## AS AND FOR A THIRD ALTERNATIVE CAUSE OF ACTION

(15)  Plaintiff repeats, reiterates and realleges each and every allegation allegation contained in Paragraphs (1) through (14) hereof as if fully set forth herein.

(16)  Plaintiff has demanded that Defendant return the military items that it owns and that were shipped and not paid for under contract DAPA-01AD08C56 specified herein in Paragraph (5) as it was entitled to. Defendant, ignoring its obligation to return these items, has not returned these items to the Plaintiff. Plaintiff, as best as now

can be ascertained, has incurred monetary damages amounting to $57,762.89 as the result of Defendant's failure to return these items.

WHEREFORE, Plaintiff, ACR, demands Judgment in its favor against Defendant, Woori Bank, on the First Cause of Action in the amount of $57,76.89, demands Judgment on the Second Cause of Action in the amount of $264,470.08 and demands Judgment in the Third Cause of Action of $57,762.89 for a total of $322,232.97 together with applicable interest, court costs and such further relief as this Court may deem just and proper.

Dated:  January 30, 2014
Mount Kisco, N.Y.

The Law Office of John E. Cone Jr.
2 Ascot Circle
Mount Kisco, N.Y. 10549
Tel.: (914) 481 6249
Fax.: (914) 461 3228

FILED: WESTCHESTER COUNTY CLERK 02/10/2014

NYSCEF DOC. NO. 3

INDEX NO. 51941/2014

RECEIVED NYSCEF: 02/10/2014

# SWIFT INCOMING MESSAGE

| | | | |
|---|---|---|---|
| | 2010-12-26 | | 2010-12-28 |
| | MT700 | | MT700-12345678 |
| | HVBKKR8EXXX(WOORI BANK SEOUL) | | ABV925400031 |

| | |
|---|---|
| :27: | Sequence of Total |
| | 1/1 |
| :40A: | Form of Documentary Credit |
| | IRREVOCABLE |
| :20: | Documentary Credit Number |
| | MD1G8012GU00032 |
| :31C: | Date of Issue |
| | 101228 |
| :40E: | Applicable Rules |
| | UCPURR LATEST VERSION |
| :31D: | Date and Place of Expiry |
| | 120430IN BENEFICIARY'S COUNTRY |
| :50: | Applicant |
| | WOONG KOOK CORP |
| | CROSS CASTLE BLDG 918 6 Hwagok-dong |
| | Gangseo-gu Seoul Korea |
| :59: | Beneficiary |
| | ARC SYSTEMS INC. 10 N INTERSTATE |
| | 35 AUSTIN, TEXAS 78701 |
| | TEL:832-818-3360 |
| | FAX NO.832-818-3361 |
| :32B: | Currency Code, Amount |
| | USD176155,50 |
| :39B: | Maximum Credit Amount |
| | NOT EXCEEDING |
| :41D: | Available With ... By ... |
| | ANY BANK |
| | BY NEGOTIATION |
| :42C: | Drafts at ... |
| | 060 DAYS AFTER SIGHT |
| :42A: | Drawee |
| | HVBKUS33  : WOORI BANK, NEW YORK |
| :43P: | Partial Shipments |
| | ALLOWED |
| :43T: | Transhipment |
| | PROHIBITED |
| :44E: | Port of Loading/Airport of Departure |
| | HOUSTON SEAPORT USA |
| :44F: | Port of Discharge/Airport of Destination |
| | BUSAN PORT KOREA |
| :44C: | Latest Date of Shipment |
| | 120331 |
| :45A: | Description of Goods and/or Services |

```
NO. description        P/N
QTY(EA)  UNIT PRICE  AMOUNT(USD)
10 /MIST ELIMINIATOR    369D290125-21
9      1,379.00   12,411.00
72 PANEL ASSY           416-362
5      2.863.00   14,315.00
102 PANEL CIRCUIT BREA  423-093-3
20     1.140.00   22,800.00
125 COUPLING,M/R SHAFT  359A5501
19     5.600.00  106,400.00
135 DUCT,AFTER CABIN    369D292475
6       955.00    5,730.00
180 ARM ASSY(MAG)       369A7716
3       840.00    2,520.00
234 HARNESS ASSY ENGIN  369D24105
13      921.50   11,979.50
TOTAL USD 176,155.50
```

| | | |
|---|---|---|
| 2013-11-15 | 15:0:54 | Page : 1/2 |



# SWIFT INCOMING MESSAGE

| | | | |
|---|---|---|---|
| RECEIVING SYSTEM DATE | 2010-12-28 | BUSINESS AREA DATE | 2010-12-28 |
| | MT700 | THEIR REFERENCE NO. | MD1G8012GU00032 |
| SENDING BANK | HVBKKRSEXXX(WOORI BANK SEOUL) | | |
| | NO. | OUR REFERENCE NO. | ADV9031000351 |
| MESSAGE TYPE | | | |

```
           FCA/HOUSTON SEAPORT
           ORIGIN USA
:46A:      Documents Required
           +FULL SET OF CLEAN on Board Ocean Bills of Lading made out to the
           order of DEFENSE TRANSPORTATION COMMAND BUSAN REPUBLIC OF KOREA
           Freight Collect and notify DEFENSE ACQUISITION PROGRAM ADMINISTRA
           TION 2-15 YONGSANDONG 2-GA YONGSAN-GU SEOUL KOREA
           +Signed commercial invoice in ORG(3),COPY(5)
           +Packing list in ORG(3),COPY(5)
           +Certificate of origin in 3 issued by USA
           +Inspection certificate in ORG(3),COPY(5) issued by Manufacturer
           +INSPECTION ACCEPTANCE CERTIFICATE ISSUED BY DAPA
           +Certificate of analysis in ORG(3),COPY(5)
:47A:      Additional Conditions
           +DRAFTS ARE TO BE MARKED AS DRAWN UNDER THIS DOCUMENTARY CREDIT
           +T/T REIMBURSEMENT IS NOT ALLOWED
           +IF DOCUMENTS CONTAINING DISCREPANCIES ARE PRESENTED,
           A FEE OF USD80    SHOULD BE DEDUCTED FROM
           THE REIMBURSEMENT CLAIM, NOTWITHSTANDING ANY
           INSTRUCTION TO THE CONTRARY,
           THIS FEE SHOULD BE CHARGED TO THE BENEFICIARY.
           THIS CREDIT IS SUBJECT TO THE ICC UCP600 AND URR LATEST VERSION.
           REIMBURSEMENT MUST BE CLAIMED STATING COMMODITY,
           PORT OF LOADING AND PORT OF DISCHARGE.
           AN EXTRA COPY OF ALL DOCUMENTS IS REQUIRED FOR
           ISSUING BANK'S FILE
:71B:      Charges
           ALL BANKING CHARGES OUTSIDE KOREA
           ARE FOR ACCOUNT OF BENEFICIARY
           +REIMBURSEMENT CHARGES ARE FOR
           ACCOUNT OF BENEFICIARY
:49:       Confirmation Instructions
           WITHOUT
:53A:      Reimbursing Bank
           HVBKUS33  : WOORI BANK, NEW YORK
:78:       Instructions to the Paying/Accepting/Negotiating Bank
           TO PAY /ACC/NEG/ BK :
           THE AMOUNT OF EACH DRAFT MUST BE ENDORSED
           ON THE REVERSE OF THIS CREDIT
           +ALL DOCUMENTS MUST BE FORWARDED TO US BY
           COURIER SERVICE IN ONE LOT. ADDRESSED TO
           WOORI BANK
           1585 SANGAM-DONG MAPO-GU SEOUL KOREA
           +REIMBURSE YOURSELVES ON THE REIMBURSING BANK AT SIGHT BASIS.
           ACCEPTANCE COMM AND DISCOUNT CHGS ARE FOR ACCOUNT OF APPLICANT.
```

```
Message Output Reference      : 01:35-2010/12/30-HVBKUS33AXXX-0264-298838
Correspondent Input Reference : 15:35-2010/12/30-HVBKKRSEAXXX-0004-768160
------------------------------- Message Header -----------------------------------
FIN 707 Amendment to a Doc Credit
Sender :
                  HVBKKRSEXXX
                  WOORI BANK, SEOUL
                  SEOUL
Receiver :        HVBKUS33XXX
                  WOORI BANK, NEW YORK
                  NEW YORK,NY
FIN Copy :                        Validation Flag :
MUR : B200780000100A              Banking Priority :
------------------------------- Message Text -------------------------------------
20 / Sender's Reference          : MD1G8012GU000032
21 / Receiver's Reference        : NONREF
31C/ Date of Issue               : 10/12/28
30 / Date of Amendment           : 101230
26E/ Number of Amendment         : 01
59 / Beneficiary (before Amendment) : ARC SYSTEMS INC. 10 N INTERSTATE
                                   35 AUSTIN,TEXAS 78701
                                   TEL:832-818-3360
                                   FAX NO.832-818-3361
32B/ Increase of Doc Credit Amt  : USD #23,844.50#
34B/ New Doc Credit Amt After Amd : USD #200,000.00#
39B/ Maximum Credit Amount       : NOT EXCEEDING
79 / Narrative
     3) KFX-DAFA-01AD08C43 6) KFX-DAPA-01AD08C35
     7) KD02AD08B94 8) KD03FD08C09
     FCA/HOUSTON SEAPORT
     ORIGIN USA
72 / Sender to Receiver Information : THIS CREDIT IS SUBJECT TO UCP
                                   FOR DOC. CR. 2007 (REVISION)
                                   PUBLICATION 600.ICC
------------------------------ Message Trailer -----------------------------------
XDT/ Global Date/Time            : 2010/12/30 15:35
------------------------------- End of Report ------------------------------------
```

Total : 8/8

Page : 1/1

```
<Incoming Message>                         Printed stamp : 2013-11-20 14:18:47
-------------------------------- Transmission --------------------------------
    Authentication Result        :
    Received from                : SWIFT
    Network Priority             : Normal
    Message Output Reference     : 03:28-2011/01/11-HVBKUS33AXXX-0265-303517
    Correspondent Input Reference: 17:28-2011/01/11-HVBKKRSEAXXX-0004-835915
-------------------------------- Message Header ------------------------------
    FIN 707 Amendment to a Doc Credit
    Sender :             HVBKKRSEXXX
                         WOORI BANK, SEOUL
                         SEOUL
    Receiver :           HVBKUS33XXX
                         WOORI BANK, NEW YORK
                         NEW YORK,NY

    FIN Copy :                         Validation Flag  :
    MUR : B200780000200A               Banking Priority :
-------------------------------- Message Text --------------------------------
    20 / Sender's Reference            : MD1G8012GU00032
    21 / Receiver's Reference          : NONREF
    31C/ Date of Issue                 : 10/12/28
    30 / Date of Amendment             : 110111
    26E/ Number of Amendment           : 02
    59 / Beneficiary (before Amendment) : ARC SYSTEMS INC. 10 N INTERSTATE
                                         35 AUSTIN,TEXAS 78701
                                         TEL:832-818-3360
                                         FAX NO.832-818-3361

    79 / Narrative
         +46A
         DELETE)
         +Certificate of origin in 3 issued by USA
         +Certificate of analysis in ORG(3),COPY(5)
         +47A
         BEFORE)
         +T/T REIMBURSEMENT IS NOT ALLOWED
         AFTER)
         +T/T REIMBURSEMENT IS ALLOWED
         +45A
         BAD80007-001
         No    NSN              Part No
         Description            Qty
         10    156037A002848    369D290125-21
         /IMIST ELIMINIATOR     9
         16    156037A004515    369A8442-3
         LATCH ASSY             54
         30    156037A010790    369H92128
         DUCT ASSY              13
         31    156037A010796    369D28302-11
         DUCT ELBOW OIL COO     6
         33    156037A010799    369A8404
         DUCT SEPARATION        1
         47    156037A017912    369H6625
         TEE                    26
-----------------------------------------------------------------------------
                              Page : 1/2
```

```
    50    156037A018138    369D290009-51
    CASE ASSY          17
    55    156037A018294    369H2053-2
    HINGE              14
    63    156037A019435    369D22008-37
    FIREWALL PANEL     83
    65    156037A019443    369D22008-20
    FIREWALL PANEL     86
    72    156037A022408    416-362
    PANEL ASSY          5
79 / Narrative
    102    156037A145170    423-093-3
    PANEL CIRCUIT BREA  20
    108    156037A151003    369D294383-11
    TERMINAL BOARD RKT   6
    125    161537A004223    369A5501
    COUPLING,M/R SHAFT  19
    127    161537A005576    369H6629
    ADAPTER 3-16 TUBE   95
    135    161537A010684    369D292475
    DUCT,AFTER CABIN     6
    158    162037A004502    M50032-7
    L/G DAMPER KIT OVH  430
    165    165037A003958    369H6457-21
    WARMING            15
    166    165037A005814    369H6312
    DAMPER             90
    180    168037A007053    369A7716
    ARM ASSY (MAG)       3
    185    168037A018266    369D297122-12
    GUARD               6
    196    168037A078834    369A2030-33
    SEAL               39
    207    173037A004500    369D25303
    COVER INPUT4T/R BE  21
    233    284037A017880    369D24110
    WIRE HARNESS         6
    234    284037A018283    369D24105
    HARNESS ASSY ENGIN  13
    255    304000922B228    369A7613-1
    CONNECTING LINK,RI  35
    262    304037A252347    2529242(H)
    GEARSHAFT          24
    +++++++++1/5 +++++++++++++TO BE CONTINUE+++++++
72 / Sender to Receiver Information   : THIS CREDIT IS SUBJECT TO UCP
                                        FOR DOC. CR. 2007 (REVISION)
                                        PUBLICATION 600.ICC
--------------------------- Message Trailer ---------------------------
    XDT/ Global Data/Time            : 2011/01/11 17:28
--------------------------- End of Report -----------------------------
```

```
<Incoming Message>                        Printed stamp : 2013-11-20 14:18:47
------------------------------ Transmission ------------------------------
      Authentication Result     :
      Received from             : SWIFT
      Network Priority          : Normal
      Message Output Reference  : 03:28-2011/01/11-HVBKUS33AXXX-0265-303520
      Correspondent Input Reference : 17:28-2011/01/11-HVBKKRSEAXXX-0004-835918
----------------------------- Message Header -----------------------------
FIN 707 Amendment to a Doc Credit
      Sender :                  HVBKKRSEXXX
                                WOORI BANK, SEOUL
                                SEOUL
      Receiver :                HVBKUS33XXX
                                WOORI BANK, NEW YORK
                                NEW YORK,NY
      FIN Copy :                          Validation Flag  :
      MUR : T200840000400M                Banking Priority :
------------------------------ Message Text ------------------------------
      20 / Sender's Reference          : MD1G8012GU00032
      21 / Receiver's Reference        : .
      26E/ Number of Amendment         : 00
      59 / Beneficiary (before Amendment) : ARC SYSTEMS INC. 10 N INTERSTATE
                                           35 AUSTIN,TEXAS 78701
                                           TEL:832-818-3360
                                           FAX NO.832-818-3361

      79 / Narrative
           408    533037A010828    369D294924-5
           SEAL                80
           441    536037A021055    369H92133-3
           SPRING DAMPER       49
           452    536537A004270    369H2025-908
           RETAINER            34
           457    536537A017157    369D25641
           SHIM                38
           467    536537A147181    369A8017
           RETAINER            10
           480    593537A002860    ZY400-1-2-0R
           CONNECTOR           117
           483    593537A038220    NYAND4-1-1/2-20
           REDUCER             32
           505    614537A252367    369D24108
           WIRE HARNESS         3
           BAD80501-001
           No    NSN             Part No
           Description          Qty
           2     100537A006283    41897411
           CHUTE, EJECTION      12
           29    1560012255611    70209-63003-108
           SEAL    11
           118   4720013856596    145H1808-5
           TUBING,NONMETALLIC    5
           135   5305009895002    5305009895002A
           SCREW,MACHINE       405
```

                              Page : 1/2

```
143    5310008822239    2-300-303-01
NUT,SELF-LOCKING,E    7
147    531037A135149    369D294370-701
COAX CABLE ASSY    6
+++++++++++++3/5+++++++TO BE CONTINUE+++++++
```

----------------------------- Message Trailer -----------------------------
```
XDT/ Global Date/Time              : 2011/01/11 17:28
```
----------------------------- End of Report -----------------------------

Page : 2/2                                          Total : 6/8

```
<Incoming Message>                      Printed stamp : 2013-11-20 14:18:46
                               Transmission -------------------------------
    Authentication Result           :
    Received from                   : SWIFT
    Network Priority                : Normal
    Message Output Reference        : 03:28-2011/01/11-HVBKUS33AXXX-0265-303521
    Correspondent Input Reference   : 17:28-2011/01/11-HVBKKRSEAXXX-0004-835919
                               Message Header -------------------------------
FIN 707 Amendment to a Doc Credit
    Sender :                HVBKKRSEXXX
                            WOORI BANK, SEOUL
                            SEOUL
    Receiver :              HVBKUS33XXX
                            WOORI BANK, NEW YORK
                            NEW YORK,NY
    FIN Copy :                          Validation Flag  :
    MUR : T200840000500M               Banking Priority :
---------------------------- Message Text -------------------------------
    20 / Sender's Reference            : MD1G8012GU00032
    21 / Receiver's Reference          : .
    26E/ Number of Amendment           : 00
    59 / Beneficiary (before Amendment) : ARC SYSTEMS INC. 10 N INTERSTATE
                                          35 AUSTIN,TEXAS 78701
                                          TEL:832-818-3360
                                          FAX NO.832-818-3361
    79 / Narrative
         164    5330013752654    11486002-182
         SEAL,PLAIN          3
         166    5330014764037    1-300-689-01
         GASKET              34
         184    5340015314147    11482915-74
         LEAF,BUTT HINGE     12
         203    589537A003952    369D294521
         L-BAND AN TENNA     8
         226    599537A232242    11486058-19
         CABLE               4
         245    5998014515892    1D75133-511
         CIRCUIT CARD ASSEM  1
         259    601537A025441    421-013-715
         CABLE ASSY          16
         277    615037A017671    421-013-717
         CABLE ASS'Y         5
         278    615037A123659    11830973
         CABLE ASSEMBLY      1
         BAD80951-001
         No      NSN             Part No
         Description          Qty
         25     591537A122189    41897626
         ADAPTER             12
         34     594537A126919    41897817
         RELAY ASSY          5
         49     9920009996753    .
         LIGHT               130
----------------------------------------------------------------------
                            Page : 1/2
```

```
+++++++++++++++4/5++++++++++TO BE CONTINUE++++++
--------------------------------- Message Trailer ---------------------------------
XDT/ Global Date/Time              : 2011/01/11 17:28
--------------------------------- End of Report ---------------------------------
```

Page : 2/2                                                    Total : 4/8

```
<Incoming Message>                        Printed stamp : 2013-11-20 14:18:46
---------------------------- Transmission ----------------------------
     Authentication Result        :
     Received from                : SWIFT
     Network Priority             : Normal
     Message Output Reference     : 03:28-2011/01/11-HVBKUS33AXXX-0265-303519
     Correspondent Input Reference: 17:28-2011/01/11-HVBKKRSEAXXX-0004-835917
--------------------------- Message Header ---------------------------
  FIN 707 Amendment to a Doc Credit
  Sender :          HVBKKRSEXXX
                    WOORI BANK, SEOUL
                    SEOUL
  Receiver :        HVBKUS33XXX
                    WOORI BANK, NEW YORK
                    NEW YORK, NY
  FIN Copy :                          Validation Flag  :
  MUR : T200840000300M               Banking Priority :
--------------------------- Message Text -----------------------------
  20 / Sender's Reference          : MD1G8012GU00032
  21 / Receiver's Reference        : .
  26E/ Number of Amendment         : 00
  59 / Beneficiary (before Amendment) : ARC SYSTEMS INC. 10 N INTERSTATE
                                    35 AUSTIN, TEXAS 78701
                                    TEL:832-818-3360
                                    FAX NO.832-818-3361
  79 / Narrative
      267    311037A024118    HS626S4-500
      BUSHING              96
      268    311037A024122    369H5308
      BUSHING              198
      271    3120011681686    369A7951-55
      BEARING, PLAIN, ROD  126
      275    312037A002856    369A1716-3
      2.4T/R BEARING INN  146
      278    312037A003916    369A1716-5
      2T/R BEARING OUTER   18
      281    312037A008281    369A5361
      BEARING             56
      293    472037A010801    369D292495
      DUCT,HEATING        48
      294    472037A152576    369D25711
      TUBE ASSY           11
      301    473037A003426    369A6501-5
      TUBE                13
      305    473037A003982    369H6610-9
      TUBE                24
      307    473037A004503    369A6200-45
      L/H AFT L/G FILLET   3
      308    473037A017772    369D292503
      HOSE                14
      313    473037A018051    369A6200-46
      FILLET ASSY AFT RH   2
      316    473037A018467    369A8010-691
---------------------------------------------------------------------
                              Page : 1/2
```

```
NEW TOQ TUBE FIRE    17
322    473037A045214    369H8407
TUBE COMPRESSOR BL    22
381    531537A019465    369D21725-3
NUT STOP SUPPORT 2    21
++++++++++++++++++2/5 ++++TO BE CONTINUE+++++++
------------------------------- Message Trailer ----------------------------------
XDT/ Global Date/Time           : 2011/01/11 17:28
------------------------------- End of Report ---------------------------------
```

Page : 2/2                                                    Total : 5/8

```
<Incoming Message>                          Printed stamp : 2013-11-20 14:18:46
------------------------------ Transmission ------------------------------
    Authentication Result          :
    Received from                  : SWIFT
    Network Priority               : Normal
    Message Output Reference       : 03:28-2011/01/11-HVBKUS33AXXX-0265-303522
    Correspondent Input Reference  : 17:28-2011/01/11-HVBKKRSEAXXX-0004-835920
------------------------------ Message Header ------------------------------
    FIN 707 Amendment to a Doc Credit
    Sender :              HVBKKRSEXXX
                          WOORI BANK, SEOUL
                          SEOUL
    Receiver :            HVBKUS33XXX
                          WOORI BANK, NEW YORK
                          NEW YORK,NY
    FIN Copy :                          Validation Flag  :
    MUR : T200840000600M               Banking Priority :
------------------------------ Message Text ------------------------------
    20 / Sender's Reference          : MD1G8012G000032
    21 / Receiver's Reference        : .
    26E/ Number of Amendment         : 00
    59 / Beneficiary (before Amendment) : ARC SYSTEMS INC. 10 N INTERSTATE
                                          35 AUSTIN,TEXAS 78701
                                          TEL:832-818-3360
                                          FAX NO.832-818-3361
    79 / Narrative
         BBD80011-001
         No    NSN              Part No
         Description            Qty
         8     253037A142803    2830079-1
         IMAGE TUBE ASSY        14
         DFD80500-00
         No    NSN              Part No
         Description            Qty
         52    5895013901506    QPD-30
         DETECTOR,RADIO FREQ    2
         PAD80001-002
         No    NSN              Part No
         Description            Qty
         40    5305991111167    EF091-05028A
         SCREW,CLOSE TOLERAN    13
         183   751037Y958721    C9363W
         TRI-COLOR CARTRIDGE    50
         ++++++++++5/5++++++++THE END++++++++++++++++++
------------------------------ Message Trailer ------------------------------
    XDT/ Global Date/Time            : 2011/01/11 17:28
------------------------------ End of Report ------------------------------

                            Page : 1/1

                                                    Total : 3/8
```

```
<Incoming Message>                    Printed stamp : 2013-11-20 14:18:46
-------------------------------- Transmission --------------------------------
    Authentication Result          :
    Received from                  : SWIFT
    Network Priority               : Normal
    Message Output Reference       : 07:47-2011/06/21-HVBKUS33AXXX-0318-369781
    Correspondent Input Reference : 12:47-2011/06/21-HVBKKRSEAXXX-0005-820385
-------------------------------- Message Header ------------------------------
    FIN 707 Amendment to a Doc Credit
    Sender :                       HVBKKRSEXXX
                                   WOORI BANK, SEOUL
                                   SEOUL
    Receiver :                     HVBKUS33XXX
                                   WOORI BANK, NEW YORK
                                   NEW YORK,NY
    FIN Copy :                          Validation Flag  :
    MUR : B200780000700A                Banking Priority :
-------------------------------- Message Text --------------------------------
    20 / Sender's Reference            : MD1G8012GU00032
    21 / Receiver's Reference          : NONREF
    31C/ Date of Issue                 : 10/12/28
    30 / Date of Amendment             : 110621
    26E/ Number of Amendment           : 03
    59 / Beneficiary (before Amendment) : ARC SYSTEMS INC. 10 N INTERSTATE
                                          35 AUSTIN,TEXAS 78701
                                          TEL:832-818-3360
                                          FAX NO.832-818-3361
    32B/ Increase of Doc Credit Amt    : USD #172,999.62#
    34B/ New Doc Credit Amt After Amd  : USD #372,999.62#
    72 / Sender to Receiver Information : THIS CREDIT IS SUBJECT TO UCP
                                          FOR DOC. CR. 2007 (REVISION)
                                          PUBLICATION 600.ICC
-------------------------------- Message Trailer -----------------------------
    XDT/ Global Date/Time              : 2011/06/21 21:47
-------------------------------- End of Report -------------------------------
                                                           Total : 2/8
                            Page : 1/1
```

```
<Incoming Message>                        Printed stamp : 2013-11-20 14:18:45
----------------------------------- Transmission -----------------------------------
       Authentication Result          :
       Received from                  : SWIFT
       Network Priority               : Normal
       Message Output Reference       : 08:03-2012/04/30-HVBKUS33AXXX-0576-493162
       Correspondent Input Reference  : 15:45-2012/04/30-HVBKKRSEAXXX-0007-710838
----------------------------------- Message Header -----------------------------------
       FIN 707 Amendment to a Doc Credit
       Sender :          HVBKKRSEXXX
                         WOORI BANK, SEOUL
                         SEOUL
       Receiver :        HVBKUS33XXX
                         WOORI BANK, NEW YORK
                         NEW YORK,NY
       FIN Copy :                        Validation Flag  :
       MUR : B200780000800A             Banking Priority :
----------------------------------- Message Text -----------------------------------
       20 / Sender's Reference         : MD1G8012GU00032
       21 / Receiver's Reference       : NONREF
       31C/ Date of Issue              : 10/12/28
       30 / Date of Amendment          : 120430
       26E/ Number of Amendment        : 04
       59 / Beneficiary (before Amendment) : ARC SYSTEMS INC. 10 N INTERSTATE
                                         35 AUSTIN,TEXAS 78701
                                         TEL:832-818-3360
                                         FAX NO.832-818-3361
       31E/ New Date of Expiry         : 12/09/27
       44C/ Latest Date of Shipment    : 120827
       72 / Sender to Receiver Information : THIS CREDIT IS SUBJECT TO UCP
                                         FOR DOC. CR. 2007 (REVISION)
                                         PUBLICATION 600.ICC
----------------------------------- Message Trailer -----------------------------------
       XDT/ Global Date/Time           : 2012/04/30 22:03
----------------------------------- End of Report -----------------------------------

                         Page : 1/1                            Total : 1/8
```