USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/23/2019

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
ACR SYSTEMS, INC.,             :
                               :
                Plaintiff,     :
                               :    No. 14 Civ. 2817 (JFK)
     -against-                 :
                               :          ORDER
WOORI BANK,                    :
                               :
                Defendant.     :
------------------------------ X
```

**JOHN F. KEENAN, United States District Judge:**

Before the Court is a September 20, 2019 letter from Defendant requesting (1) an adjournment of their deadline for providing a letter outlining their anticipated witnesses and examination and (2) an order requiring Plaintiff to provide Defendant with Plaintiff's "newly discovered evidence." (ECF No. 141.) Plaintiff replied on September 23, 2019. (ECF No. 142.)

Having considered both letters, it is hereby ORDERED that Plaintiff provide the Court and Defendant with a summary of the newly discovered evidence referred to in Plaintiff's letters of September 19, 2019 (ECF No. 139) and September 23, 2019 (ECF No. 142) via ECF by no later than September 27, 2019. If the evidence is a document or set of documents, the Plaintiff is ORDERED to attach copies to that summary.

It is FURTHER ORDERED that the Defendant shall have until September 27, 2019 to file a letter outlining their anticipated

1

witnesses and examination for the October 1, 2019 evidentiary hearing.

Finally, it is ORDERED that Plaintiff immediately communicate to the Defendant <u>any information whatsoever</u> that Eitan Levy, Oren Levy, or any other Plaintiff employee or former employee has about the typewriter or word processor in question. It is FURTHER ORDERED that this information appear in the affidavits that Plaintiff files from Eitan Levy, Oren Levy, or anyone else with knowledge of the typewriter or word processor.
**SO ORDERED.**

Dated:    New York, New York
           September 23, 2019

                                              John F. Keenan
                                      United States District Judge